# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHEED HILSON,<br><br>                Petitioner,<br><br>    v.<br><br>MAURICE JUNIOUS, Warden,<br><br>                Respondent. | NO. CV 11-0072-MWF (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: October 8, 2013

                                              MICHAEL W. FITZGERALD
                                    UNITED STATES DISTRICT JUDGE